# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHERYL GRAHAM, | : | |
|      Petitioner, | : | CIVIL ACTION |
|      v. | : | No. 10-1130 |
| DISTRICT ATTORNEY OF BUCKS COUNTY, et al., | : | |
|      Respondents. | : | |

| | | |
|---|---|---|
| KASSANDRA HICKS, | : | |
|      Petitioner, | : | CIVIL ACTION |
|      v. | : | No. 10-1131 |
| DISTRICT ATTORNEY OF BUCKS COUNTY, et al., | : | |
|      Respondents. | : | |

| | | |
|---|---|---|
| ANDRE HICKS, | : | |
|      Petitioner, | : | CIVIL ACTION |
|      v. | : | No. 10-1132 |
| DISTRICT ATTORNEY OF BUCKS COUNTY, et al., | : | |
|      Respondents. | : | |

## ORDER

**AND NOW**, this ___17th___ day of __March___, 2015, upon careful and independent consideration of the petition for writ of habeas corpus, the parties' briefs, United States Magistrate Judge M. Faith Angell's Report and Recommendation, and Petitioners' objections to the Report and Recommendation, it is **ORDERED** that:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.  The petition for a writ of habeas corpus is **DENIED** and **DISMISSED** without an evidentiary hearing; and

3.  There is <u>no</u> basis for the issuance of a certificate of appealability.[1]

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                          Copies **MAILED** on _____ to:

---

[1] On page 37, the Report and Recommendation mistakenly refers to the case *Commonwealth v. Douglass*, 588 A.2d 53 (Pa. Super. Ct. 1991) as an opinion of the Supreme Court of Pennsylvania, I note that it is actually an opinion of the Pennsylvania Superior Court.